## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSE RODRIGUEZ,** | : | |
| **Petitioner** | : | |
| | : | **No. 1:08-cr-00362** |
| **v.** | : | |
| | : | **(Judge Kane)** |
| **UNITED STATES OF AMERICA,** | : | |
| **Respondent** | : | |

## ORDER

**AND NOW**, on this 5th day of August 2014, **IT IS HEREBY ORDERED THAT**

Petitioner's motion for relief from an order entered in his Section 2255 proceeding pursuant to

Federal Rule of Civil Procedure 60(b) and 60(d) (Doc. No. 71) is **DENIED**.


s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania